IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| JEROMY BRYANT, | CV 18-26-H-DLC-JTJ |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL FLETCHER, THOMAS WILSON, BALTISAR, SEGOVIA, DOE 1, DOE 2, DOE 3, and MICHELLE STEYH, sued in their individual capacities, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against the Plaintiff. This action is dismissed with prejudice.

Dated this 29th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk